IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

BRANDON NEIL STEVENS
a/k/a "Logan McCallister"
_____/

SEALED
INDICTMENT

1:25CR18 AW/ML

THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 5, 2024, in the Northern District of Florida and elsewhere, the defendant,

**BRANDON NEIL STEVENS,**
a/k/a "Logan McCallister,"

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another, as defined in Title 18, United States Code, Section 2423(f).

In violation of Title 18, United States Code, Section 2423(b).

### COUNT TWO

On or about February 23, 2024, in the Northern District of Florida and elsewhere, the defendant,



**BRANDON NEIL STEVENS,**
**a/k/a "Logan McCallister,"**

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another, as defined in Title 18, United States Code, Section 2423(f).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE

On or about February 25, 2024, in the Northern District of Florida and elsewhere, the defendant,

**BRANDON NEIL STEVENS,**
**a/k/a "Logan McCallister,"**

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such depiction was produced using materials that had been mailed, shipped, transported, and transmitted in and affecting interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and this depiction was actually transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

On or about December 25, 2024, in the Northern District of Florida and elsewhere, the defendant,

**BRANDON NEIL STEVENS,**
a/k/a "Logan McCallister,"

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another, as defined in Title 18, United States Code, Section 2423(f).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT FIVE

Between on or about December 25, 2024, and on or about January 2, 2025, in the Northern District of Florida and elsewhere, the defendant,

**BRANDON NEIL STEVENS,**
a/k/a "Logan McCallister,"

did knowingly and intentionally use, persuade, induce, entice, and coerce a minor, Minor Female 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such depiction was produced using materials that had been mailed, shipped, transported, and transmitted in and affecting interstate and foreign commerce, knowing and having reason to know that such visual depiction would be transported and transmitted using any means

3

and facility of interstate and foreign commerce, and this depiction was actually transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428. From his engagement in the violations alleged in Counts One through Five of this Indictment, the defendant,

**BRANDON NEIL STEVENS,**
**a/k/a "Logan McCallister,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 2428, all of his interest in:

A.   Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

4

B.   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts One through Five of this Indictment; and

C.   Any property, real or personal, used, or intended to be used, to commit or promote the commission of the offenses alleged in Counts One through Five of this Indictment.

D.   The property referenced in subparagraphs A, B, and C above includes, but is not limited to, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, and hard disk drives or units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the hardware and software mentioned above, tools, equipment, and manuals and documentation for the assembly and use of the hardware and software mentioned above.

If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    i.   cannot be located upon the exercise of due diligence;

    ii.  has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of the Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

*Redacted*

____7/22/2025____
DATE

_____
JOHN P. HEEKIN
United States Attorney

_____
ADAM HAPNER
Assistant United States Attorney